AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FILED

Jul 01, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:25-mj-0100 CKD |
| | ) | |
| JASHANPREET SINGH | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 6, 2025   in the county of   San Joaquin   in the

Eastern   District of   California   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **26 U.S.C. § 5861(d)** | **Unlawful Possession of an Unregistered Short Barreled Rifle** |

This criminal complaint is based on these facts:

(see attachment)

☒   Continued on the attached sheet.

/s/

*Complainant's signature*

Ranjit Takhar, FBI Special Agent

*Printed name and title*

Sworn to me and signed via telephone.

Date:   July 1, 2025 at 3:34 pm

*Judge's signature*

City and state:   Sacramento, CA

Carolyn K. Delaney, U.S. Magistrate Judge

*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No. |
| | ) |
| JASHANPREET SINGH | ) |
| | ) |
| | ) |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 25, 2025 _____ in the county of _____ San Joaquin _____ in the

_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **26 U.S.C. § 5861(d)** | **Unlawful Possession of an Unregistered Short Barreled Rifle** |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

_____
Complainant's signature

Ranjit Takhar, FBI Special Agent
Printed name and title

Sworn to me and signed via telephone.

Date: July 1, 2025 3:34 pm

/S/
_____
Judge's signature

City and state:     Sacramento, CA

Carolyn K. Delaney, U.S. Magistrate Judge
Printed name and title

1      **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

2      I, Ranjit Takhar, a Special Agent with the Federal Bureau of Investigation ("FBI"), currently

3      assigned to the Sacramento Field Office, Ripon Resident Agency, being duly sworn, state:

4      1.      I am submitting this affidavit in support of my request for the issuance of a criminal

5      complaint and arrest warrant against **Jashanpreet SINGH** for a violation of 26 U.S.C. § 5861(B) – Unlawful

6      Possession of an Unregistered Firearm Short Barrel Rifle.

7      2.      The information contained in this Affidavit is based upon my training and experience, my

8      personal knowledge of this investigation, and information provided to me by other agents and law

9      enforcement officials who have assisted in this investigation and have experience investigating the

10     violations of firearm and narcotic laws.  This Affidavit is intended to provide probable cause to support the

11     issuance of the complaint and arrest warrant and does not set forth all the information of which I am aware.

12     The Affidavit mainly focuses on facts relevant and necessary to establish probable cause for the requested

13     arrest warrant. The facts establishing probable cause that **SINGH** committed this crime are set forth more

14     fully below.

15          **I.      INTRODUCTION AND AGENT BACKGROUND**

16     3.      I am a Special Agent with the FBI, and have been since August 2008.  I graduated from

17     the FBI Academy in December 2008.  During the Basic Field Training course, I learned the necessary

18     skills, tactics, and techniques needed to perform my investigative duties as an FBI Special Agent.  I also

19     learned how to conduct investigations of criminal activity, execute search and arrest warrants and seize

20     evidence of violations of United States law.  I am currently assigned to the FBI's Sacramento Field

21     Office, Stockton Resident Agency, where I have worked on and participated in a variety of cases; to

22     include violent crime, firearms violations, drug violations, bank robberies, and extortion investigations.  I

23     have received training and I have gained experience in interviewing and interrogation techniques, arrest

24     procedure, physical surveillance, search warrant applications, the execution of search and seizures,

25     computer evidence seizure and processing, social media analysis, and various other criminal laws and

26     procedures.  I have testified in court and executed search and arrest warrants.

27

28

## II.    PROBABLE CAUSE

### A.    BACKGROUND

4.      In March of 2025, TFO Christopher Hendee of the Federal Bureau of Investigation received a tip that an individual named **Jashanpreet SINGH** of the Punjabi Devils MC Stockton was attempting to sell cocaine and firearms to people located in Canada.  The tipster provided TFO Hendee with **SINGH's** phone number: (209) 597-3733.

5.      FBI TFO Hendee is a member of the Central Valley Gang Impact Taskforce.  His primary responsibility is to combat illegal gang activity in the central valley of California.  While working a motorcycle gang investigation into the Hells Angels Motorcycle Clube ("HAMC") of Stockton, he learned the Punjabi Devils MC of Stockton was a support club of the HAMC.[1]  The Punjabi Devils MC are not only allowed to wear the California Rocker but were also allowed to wear the 1% outlaw motorcycle diamond.[2]  TFO Chris Hendee knew **SINGH** to be the founder of the Devils  through his investigation.



FIGURE 1: IMAGES FROM THE PUNJABI DEVIL MC'S PUBLIC INSTRAGRAM PAGE.  LEFT AND MIDDLE IMAGES: SINGH IS CIRCLED IN YELLOW.  RIGHT IMAGE:  IMAGE OF 1% PATCH ON SINGH'S VEST.

---

[1]      The term "support" or "puppet" club refers to a motorcycle club that is subordinate or inferior to a more-dominate motorcycle club.  Here, the Punjabi Devils are subordinate to the Stockton HAMC.

[2]      Based on TFO Hendee's training and experience, the term "one percenter" or "1%" in the context of motorcycle clubs originated from a statement by the American Motorcyclist Association (AMA) following a motorcycle rally in Hollister, California, in 1947.  The AMA stated that 99% of motorcycle riders were law-abiding citizens, implying the remaining 1% were not. This statement was later adopted by outlaw motorcycle clubs as a badge of honor, signifying their rejection of societal norms and embrace of an outlaw lifestyle.  Thus, the 1% patch is worn by "outlaw" motorcycle gangs to outwardly display their involvement with criminality, as opposed to the 99% (or the majority) of motorcycle clubs which are not associated with criminality.

6.      On April 7, 2025, TFO Hendee contacted the phone number of (209) 597-3733. According to an open-source record check, this phone number was registered to **SINGH**.  TFO Hendee contacted **SINGH** via Signal App.  **SINGH's** phone number had a profile name of "Devil" with a picture of the Golden Gate Bridge. Over Signal, TFO Hendee asked **SINGH** if he was the guy he needed to talk to about straps (a street term for firearms).  **SINGH** replied, "Where is was located?," which TFO Hendee understood to mean, "where are you located?"  TFO Hendee told him Seattle and asked him where he was located.  **SINGH** responded that he was in "Cali."  **SINGH** asked what TFO Hendee was looking for. TFO Hendee told him he was looking for pistols, specifically Glock style handguns, AR-15 rifles, short or long barreled, AK-47 or Draco rifles, fully automatic firearms, and switches[3] to make them fully automatic if they were not automatic weapons out of the factory.



FIGURE 2:  LEFT: SINGH AGREEING TO SELL FIREARMS TO THE UNDERCOVER OFFICER.  RIGHT, SINGH LISTING THE PRICES FOR EACH TYPE OF FIREARM, INCLUDING MACHINE GUN CONVERSION DEVICES. [4]

---

[3]      A "switch" is a street name for a machine gun conversion device, which can be inserted into a firearm to make it fire on fully automatic mode.

1        7.     TFO Hendee told **SINGH** that he would originally take two Glock firearms, two AR-15

2 style rifles, two machine gun conversion devices, and two factory fully automatic weapons. **SINGH**

3 initially agreed to the sale for $10,000. He then requested half of the money to be delivered to him up

4 front. TFO Hendee told him he would not pay up front because he did not want risk losing his money

5 without getting the firearms. **SINGH** said he would not do any deals until he met TFO Hendee in person.

6 TFO Hendee explained to **SINGH** that he was a trafficker in Seattle and had a runner in California who

7 would get the firearms from **SINGH** and bring them to him (TFO Hendee). **SINGH** continued to insist

8 on meeting prior to the deal, but eventually agreed to coordinating with TFO Hendee's "runner."

9

10

11

12

13

14

15

16

17

18

19

20



21     FIGURE 3: SINGH SHOWING TFO HENDEE EXAMPLES OF WEAPONS FOR SALE, INCLUDING "LIL" RIFLES
(SHORT BARRELED RIFLES).

22        8.     TFO Hendee obtained a pen register and a search warrant for the prospective location

23 information from **SINGH's** cellular phone. During the month of April 2025, TFO Hendee observed the

24 phone pings from **SINGH'S** phone centering over an address in Lockeford, California (later determined

25 to be his residence).[5] On April 25, 2025, TFO Hendee conducted surveillance at the Punjabi Devils

26 Clubhouse, located at 345 N. Harrison Avenue in Stockton..He observed **SINGH** arrive at the location

27 _____

28      [5]     Lockeford is located in San Joaquin County.

driving a white 2021 Toyota Highlander displaying California license plate number 8SYD811, which

was registered to R. K.

9.      On April 16, 2025, TFO Hendee conducted surveillance of **SINGH** from his residence to

his place of employment, KLF Truck Permits, located at 1746 Grand Canal Boulevard, Suite 11,

Stockton.  He observed SINGH exit the vehicle and walked into a door marked #11. **SINGH** consistently

traveled to this location and stayed there Monday through Friday during typical working hours.

10.     On April 28, 2025, TFO Hendee observed the phone ping from **SINGH's** phone centered

over an address in Lockeford, California.  He drove out to this address and observed a black Ford 250

Platinum pickup truck parked in the driveway of 16549 N. Jack Tone Rd, Lodi, California. This vehicle

displayed a license plate number 06720A4 and was registered to **SINGH**.  TFO Hendee set up

surveillance at this location and observed T. S. and **SINGH** moving items out of the truck into the

residence.

11.     On May 15, 2025, Detective Corder of the Stanislaus County Sheriff's Office took over

communicating with **SINGH** for TFO Hendee. Detective Corder set up a deal for May 30, 2025,

involving the purchase of six assault rifles, two machine gun conversion devices, and one pistol. **SINGH**

agreed to sell the firearms for $10,000. On May 19, 2025, **SINGH** sent Detective Corder pictures of

firearms he was attempting to sell.



FIGURE 4: IMAGES OF ADDITIONAL FIREARMS **SINGH** SENT TO DETECTIVE CORDER.

12.     On May 28, 2025, Detective Corder reported the deal had changed to five assault rifles,

three switches, and one pistol.  **SINGH** claimed he was having issues getting all the firearms requested.

He mentioned he was still trying to find the fifth assault rifle, but said he would have it ready for the deal.

Detective Corder and **SINGH** initially agreed to conduct the deal on May 29, 2025, but the deal

eventually fell through after the two failed to agree on a meeting location. When it appeared the deal

might not occur before nightfall, law enforcement called it off for security reasons.

13.     On June 2, 2025, Detective Corder informed me that he received phone calls from

**SINGH**, apologizing for the failed meeting. **SINGH** claimed his runner was in an accident, so he could

not make the meeting. He told Detective Corder the firearms were safe, and that if we still wanted them

and he would personally deliver them. Detective Corder set up another deal for June 6, 2025. The two

agreed the meeting would occur during **SINGH's** lunch break at 1776 W. March Lane, Stockton.

**SINGH** told Detective Corder he (**SINGH**) personally would bring the firearms and to tell Detective

Corder's runner he was not going to have conversations with him, it was strictly a money for guns quick

exchange.

14.     On June 5, 2025, **SINGH** called Detective Corder and sent him a video of the firearms he

planned to sell him.  Detective Corder asked **SINGH** about the machine gun conversion devices. **SINGH**

sent a picture of the machine gun conversion devices to Detective Corder. The phone-ping data showed

**SINGH'S** phone was located at his residence when he sent these pictures.

15.     On June 6, an early morning surveillance team deployed to **SINGH'S** residence to see if

he loaded the firearms into his vehicle before going to work.  The team followed **SINGH**, keeping him

under constant surveillance until he arrived at this place of work.  At 7:01 a.m., TFO Hendee arrived at

**SINGH's** residence and observed three vehicles at the property, including a black Ford 250 pickup truck

with California license plate 06720A4 registered to **SINGH**. He observed a second vehicle: a white

Honda Civic displaying California license plate 9LYU390 registered to R. K. or G. K. out of Stockton.

16.     At 7:41 a.m., **SINGH** got into the white Honda Civic as a solo occupant. He backed out of

the driveway and drove southbound on Jack Tone Road. TFO Hendee and other officers followed

**SINGH**, maintaining a constant visual on his vehicle. The vehicle stopped at the Sikh Temple at

approximately 7:54 a.m.  At approximately 8:01 a.m., **SINGH** turned back onto Armstrong Road in Lodi

and continued westbound.  The team continued to provide constant surveillance of **SINGH** until he

arrived at his place of work. He was observed leaving the vehicle and walking into Suite 11.

17.     At approximately 9:16 a.m., Detective Corder reported that **SINGH** confirmed he was

6

ready for the deal and had the firearms with him.  At approximately 10:00 a.m., TFO Hendee obtained a search warrant for **SINGH's** workplace.

18.    At approximately 12:08 p.m., **SINGH** exited the business and walked to the white Honda Civic. At 12:09 p.m., **SINGH** got into his vehicle and drove headed eastbound into a neighboring business. **SINGH** then backed his vehicle under a tree in the parking lot of 1776 W. March Lane along the south wall of the parking lot.

19.    At approximately 12:15 p.m., officers contacted **SINGH** after deploying a Noise Flash Diversionary Device.  **SINGH** surrendered and was placed into handcuffs.  A subsequent search of **SINGH's** resulted in the discovery of a large bag in the trunk. The bag contained four assault weapons, three machine gun conversion devices, one revolver, and several magazines for the assault weapons. Law enforcement seized the firearms and firearm parts, as well as the phones.





FIGURE 5: TOP: IMAGES OF A LARGE BAG IN **SINGH**'S CAR CONTAINING FIREARMS. BOTTOM:  TWO CELLULAR PHONES MARKED WITH PUNJABI DEVIL MC STICKERS, THREE MACHING GUN CONVERSION DEVICES, AND A SHORT-BARRELED RIFLE.

The AR-15 rifle pictured in the bottom right image of Figure 5 was configured as a short barreled rifle. According to the ATF, this firearm is not registered with the NFA.  The barrel is less than 16 inches, which means it should have been registered with the National Firearms Registration and Transfer Record.

**B.    SERVICE OF WARRANT AT SINGH'S RESIDENCE**

20.    Detectives of the Special Investigations Unit started to set up surveillance on **SINGH's**

1    residence. Detectives observed a white Toyota Highlander displaying California license plate number

2    8SYD811 leave the property headed northbound Jack Tone Road.  Detectives stopped the vehicle and

3    detained the driver, P.G. During the search of the residence, they detained three additional people: O. S.,

4    P.J., and J.S.

5         21.    In the living room of the residence, officers found a loaded Glock 19, 9mm handgun

6    bearing serial number BUHA810, which had a threaded barrel.  The firearm was found on top of the

7    armrest of a couch.  On that same armrest, there were several pieces of mail.  These pieces of mail

8    included a DMV registration notice endorsed to J.S. along with a copy of a check endorsed to KLF

9    Trucking in the amount of $7,000.  Officers also found a notepad containing a page titled "NY orders"

10   and contained a list of firearms.  Based on my conversation with TFO Hendee and other law enforcement

11   officers, I believe this list of firearms orders is consistent with **SINGH** being engaged in business of

12   illegally selling firearms.



FIGURE 6:  LEFT:  GLOCK 19 FIREARM FOUND IN **SINGH'S** LIVING ROOM.  RIGHT:  LIST OF FIREARMS ENTITLED "NY ORDERS".

21        22.    In the dining room, officers discovered  multiple items of Punjabi Devil MC

22   paraphernalia, including **SINGH's** leather vest.  The vest contained several patches, including patches

23   that read: "Founder," "Original," and "1%".   Inside a motorcycle helmet sitting on a booster chair,

24   officers located a black journal. The journal contained notes, including a page entitled "Panjabi Devils

25   MC Expenses."

26

27

28



FIGURE 7: **SINGH'S** PUNJABI DEVIL MC VEST, LOCATED IN DINING ROOM.

23.     In the master bedroom of the residence, officers discovered a 12-gauge Poma shotgun bearing serial number (21PU-4294) standing upright against a nightstand.  Inside the nightstand, officers found two 12-gauge shotgun rounds and a Ruger gun box. This box contained a .45 caliber Smith & Wesson revolver bearing serial number CAR6750.  Officers also located a non-serialized AR-15 style rifle, a loaded Ekol Jackal handgun bearing serial number EJI3-21040165, a Smith & Wesson 9mm shield handgun bearing serial number JCA4741, a loaded AK-47 Draco style rifle bearing serial number PMD-38959, a .38 caliber Taurus revolver serial number ACA457753, and an additional machine gun conversion device. The room also contained additional Punjabi Devil MC paraphernalia, including three more black leather vests labeled with club patches.







FIGURE 8: FIREARMS AND FIREARMS PARTS DISCOVERED INSIDE **SINGH'S** MASTER BEDROOM.

24.    In the southwest corner of a barn on the property, officers located a black Remington 870, 12 gauge "Tactical" shotgun bearing serial number RS18913M; a black, Glock .22 Long rifle caliber semi-auto handgun, with the serial number apparently removed; a black, FNH "Reflex" 9mm semi-auto handgun with magazine bearing serial number CCW0048560; a black metal, fully automatic short barreled rifle with no make, model or serial number; a black Charter Arms .38 caliber "Undercover" revolver bearing serial number 430252 ; a black, Century Arms 7.62X39, short barreled "AK" variant rifle bearing serial number SV7P008431 and a black metal silencer with no make, model or serial number.

25.    Officers also discovered a single "pineapple" style capped and fused hand grenade, as well as what law enforcement believed was a military electronic capped "claymore" mine.  Sgt. Frank Soria of the Stanislaus County Sheriff's Department bomb team, who was on scene confirmed the items and notified the San Joaquin County Sheriff's Office Bomb Squad.  The Bomb Squad's investigation could not definitely determine whether the grenade and claymore mine were inert or live.  Both items were rendered safe at the scene.

//

//

//

//

10

### III.    CONCLUSION

26.    Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that, on or about June 6, 2025, in the Eastern District of California, **SINGH** committed a violation of 26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered Firearm (Short Barrel Rifle).

27.    Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

28.    I declare under penalty of perjury that the statements above are true and correct to best of my knowledge and belief.

29.    I further request that the Court order that all papers in support of this application, including the affidavit and this complaint, be sealed until further order of the Court.  These documents discuss an ongoing federal criminal investigation that is neither public nor known to **SINGH**.  Premature disclosure might cause **SINGH** to flee and could endanger the safety of the arresting officers.  Accordingly, there is good cause to seal these documents until **SINGH** is in federal custody.

Respectfully submitted,

/s/
_____
Ranjit Takhar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me via telephone on:    July 1, 2025

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

/s/ Adrian T. Kinsella
_____
Approved as to form by AUSAs Adrian T. Kinsella and R. ALEX CARDENAS

11

### III.    CONCLUSION

26.    Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that, on or about June 6, 2025, in the Eastern District of California, **SINGH** committed a violation of 26 U.S.C. § 5861(d) – Unlawful Possession of an Unregistered Firearm (Short Barrel Rifle).

27.    Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

28.    I declare under penalty of perjury that the statements above are true and correct to best of my knowledge and belief.

29.    I further request that the Court order that all papers in support of this application, including the affidavit and this complaint, be sealed until further order of the Court.  These documents discuss an ongoing federal criminal investigation that is neither public nor known to **SINGH**.  Premature disclosure might cause **SINGH** to flee and could endanger the safety of the arresting officers.  Accordingly, there is good cause to seal these documents until **SINGH** is in federal custody.

Respectfully submitted,

Ranjit Takhar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me via telephone on:    July 1, 2025 3: 34pm

/s/

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

/s/ Adrian T. Kinsella
Approved as to form by AUSAs Adrian T. Kinsella and R. ALEX CARDENAS

11

**<u>United States v. JASHANPREET SINGH</u>**
**Penalties for Criminal Complaint**

**<u>COUNT 1:</u>**

VIOLATION:          26 U.S.C. § 5861(B) – Possession of an Unregistered Short Barrel Rifle

PENALTIES:          Not more than 120 months,
                    Not more than $10,000 fine, or both
                    Up to a three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)