MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
R. ALEX CARDENAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> JASHANPREET SINGH, <br><br> Defendant. | CASE NO. 2:25-mj-0100 CKD <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 1, 2025

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE