BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>JASHANPREET SINGH,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF HARDEEP GHORTA IN SUPPORT OF MOTION FOR PRETRIAL RELEASE<br><br>Date:　August 18, 2025<br>Time:　2:00 p.m.<br>Ctrm:　24, 8th Floor |

I, Hardeep Ghotra, declare as follows:

1. I reside at 1231 Hartwell Ave, Stockton, California 95209.

2. I own this property with equity of approximately $300,000+, subject to a $377,406.68 lien held by Mr. Cooper, along with my wife Parkash Ghotra. The property is worth $700,000.

3. I am not a U.S. citizen.

4. My current legal status, applicant for asylum, allows me to hold a valid work permit.

5. I am self-employed as the owner of KLF Transport Inc.

6. My daughter, son, and nephew are California residents.

7. I have known the defendant, Jashanpreet, his entire life, as well as his whole family.

///

9. I have full faith in Jashanpreet abiding by any terms and conditions set by this court and declare my support for his release on bond by offering to post my property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

_____
HARDEEP GHORTA

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Adrian T. Kinsella
U.S. Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

　　　　　　　　　　　　/s/
　　　　　　　　　　　BRIAN H. GETZ