BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>JASHANPREET SINGH,<br><br>　　　　　　　Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF<br>PARKASH GHORTA IN SUPPORT OF<br>MOTION FOR PRETRIAL RELEASE<br><br>Date:　August 18, 2025<br>Time:　2:00 p.m.<br>Ctrm:　24, 8th Floor |

I, Parkash Ghotra, declare as follows:

1.　I reside at 1231 Hartwell Ave, Stockton, California 95209.

2.　I own this property with equity of approximately $300,000+, subject to a $377,406.68 lien held by Mr. Cooper, along with my Husband Hardeep Ghotra. The property is worth $700,000.

3.　I am not a U.S. citizen.

4.　My current legal status is an asylum case with a work permit.

5.　I am not currently employed.

6.　I have a daughter, son, and nephew living in California

7.　I have known the defendant, Jashanpreet, his entire life, as well as his whole family.

///

7. The government's allegations against Jashanpreet are serious and he would be at disadvantage to participate in his defense if he remains in custody.

8. I support Jashanpreet's pretrial release and offer to serve as a surety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

*Parkash Ghorta* (signature)
PARKASH GHORTA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Adrian T. Kinsella
> U.S. Attorney's Office
> Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

/s/
BRIAN H. GETZ