BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>JASHANPREET SINGH,<br><br>             Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF CHANDANDEEP SINGH IN SUPPORT OF MOTION FOR PRETRIAL RELEASE<br><br>Date:  August 18, 2025<br>Time:  2:00 p.m.<br>Ctrm:  24, 8th Floor |

I, Chandandeep Singh, declare as follows:

1. I reside at 16549 N Jack Tone Road, Lodi, California 95240.

2. I own this property with equity of approximately $150,000+, subject to a $802,240.80 lien held by Freedom Mortgage. The property is worth $950,000.

3. I am a U.S. citizen.

4. I am employed as a Logistics Supervisor.

5. My wife, Rupinder Kaur is a resident of California. My wife's mother, father, two brothers, and cousin also live in California.

6. I have known the defendant, Jashanpreet, since 2018.

///

7.    The government's allegations against Jashanpreet are serious. He cannot fully participate in his defense if he remains in custody.

8.    I support Jashanpreet's pretrial release and have no reservations about posting my property to secure his pretrial release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

CHANDANDEEP SINGH

1

## <u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing

3 with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

4 (NEF) to the following:

5

6         Adrian T. Kinsella
        U.S. Attorney's Office

7         Eastern District of California
        501 I Street, Suite 10-100

8         Sacramento, CA 95814

9

10                               /s/
                          

11                     BRIAN H. GETZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHANDANDEEP SINGH                                     3
IN SUPPORT OF MOTION FOR RELEASE ON BOND
*U.S. v. Jashanpreet Singh,* 2:25-cr-0174 DAD