BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>vs.<br><br>JASHANPREET SINGH,<br><br>              Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF<br>RUPINDER KAUR IN SUPPORT OF<br>MOTION FOR PRETRIAL RELEASE<br><br>Date: August 18, 2025<br>Time: 2:00 p.m.<br>Ctrm: 24, 8th Floor |

I, Rupinder Kaur, declare as follows:

1. I reside at 16549 N Jack Tone Road, Lodi, California 95240.

2. I own this property with equity of approximately $150,000+, subject to a $802,240.80 lien held by Freedom Mortgage. The property is worth $950,000.

3. I am a U.S. citizen.

4. I am employed as a Nurse.

5. My husband, Chandandeep Singh is a resident of California. My mother, father, two brothers, and cousin also live in California.

6. I have known the defendant my whole life.

///

1  7. The government's allegations against Jashanpreet are serious. He cannot fully participate in his defense if he remains in custody.

8. I support Jashanpreet's pretrial release and have no reservations about posting my property to secure his pretrial release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

*[signature]*
RUPINDER KAUR

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Adrian T. Kinsella
U.S. Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

_____/s/_____
BRIAN H. GETZ