1  BRIAN H. GETZ
   CA State Bar No. 85593
2  899 Ellis Street
3  San Francisco, CA 94109
   Telephone: (415) 912-5886
4  Email: brian@briangetzlaw.com

5  Attorney for Defendant
6  JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JASHANPREET SINGH,<br><br>Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF BARINDERJEET SINGH IN SUPPORT OF MOTION FOR PRETRIAL RELEASE<br><br>Date: August 18, 2025<br>Time: 2:00 p.m.<br>Ctrm: 24, 8th Floor |
|---|---|

I, Barinderjeet Singh, declare as follows:

1. I reside at 333 Meridian Ave, Madera, CA 93636.
2. I own this property with equity of approximately $100,000+, subject to a $520,882.01 lien held by Lakeview. The property is worth $620,000.
3. I am not a U.S. citizen.
4. I currently have a work permit.
5. I am employed with A and S Carrier Logistic Inc.
6. I have eight family members living in California.
7. I have known the defendant, Jashanpreet, for over six years.

///

7. The government's allegations against Jashanpreet are serious and he would be at disadvantage to participate in his defense if he remains in custody.

8. I support Jashanpreet's pretrial release and offer to serve as a surety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

*Barinderjeet Singh*
BARINDERJEET SINGH

DECLARATION OF BARINDERJEET SINGH
IN SUPPORT OF MOTION FOR RELEASE ON BOND
*U.S. v. Jashanpreet Singh*, 2:25-cr-0174 DAD

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>  Adrian T. Kinsella
>  U.S. Attorney's Office
>  Eastern District of California
>  501 I Street, Suite 10-100
>  Sacramento, CA 95814

                                                     /s/
                                       BRIAN H. GETZ

DECLARATION OF BARINDERJEET SINGH
IN SUPPORT OF MOTION FOR RELEASE ON BOND
*U.S. v. Jashanpreet Singh,* 2:25-cr-0174 DAD

3