BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br><br>JASHANPREET SINGH,<br><br>                Defendant. | Case No. 2:25-cr-0174-DAD<br><br>DECLARATION OF<br>GURJIT SINGH IN SUPPORT OF<br>MOTION FOR PRETRIAL RELEASE<br><br>Date:  August 18, 2025<br>Time:  2:00 p.m.<br>Ctrm:  24, 8th Floor |

I, Gurjit Singh, declare as follows:

1. I reside at 333 Meridian Ave, Madera, CA 93636.

2. I own this property with equity of approximately $100,000+, subject to a $520,882.01 lien held by Lakeview. The property is worth $620,000.

3. I am not a U.S. citizen.

4. I currently hold a valid green card reflecting my status as lawful permanent resident.

5. I am employed with A and S Carrier Logistic Inc.

6. I have eight family members living in California.

7. I have known the defendant, Jashanpreet, for over six years.

///

DECLARATION OF GURJIT SINGH                          1
IN SUPPORT OF MOTION FOR RELEASE ON BOND
*U.S. v. Jashanpreet Singh,* 2:25-cr-0174 DAD

7. The government's allegations against Jashanpreet are serious and he would be at disadvantage to participate in his defense if he remains in custody.

8. I support Jashanpreet's pretrial release and offer to serve as a surety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2025, in San Francisco California.

*/s/ Gurjit Singh*
GURJIT SINGH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Adrian T. Kinsella
> U.S. Attorney's Office
> Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

          /s/
BRIAN H. GETZ