BRIAN H. GETZ
CA State Bar No. 85593
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 912-5886
Email: brian@briangetzlaw.com

Attorney for Defendant
JASHANPREET SINGH

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br><br>JASHANPREET SINGH,<br><br>                Defendant. | Case No. 2:25-cr-0174-DAD<br><br>[PROPOSED] ORDER GRANTING MOTION FOR RELEASE ON BOND AND SETTING SPECIAL CONDITIONS OF PRETRIAL RELEASE |

      This matter was heard on August 18, 2025, before the Honorable Chief Magistrate Judge Carolyn Delaney. Assistant United States Attorney Alex Cardenas appeared for the government, and retained counsel Brian H. Getz appeared for defendant Jashanpreet Singh. The Court took notice of the individuals who attended this hearing and offered to post their properties to secure Defendant's pretrial release.

      The Court has considered the parties' pleadings and arguments, and finds that good cause exists to **GRANT** Defendant's Motion for Release on Bond. The Court orders Defendant Jashanpreet Singh's release on bond and imposes the following special conditions of his pretrial release.

[PROPOSED] ORDER GRANTING
MOTION FOR RELEASE ON BOND AND
SETTING SPECIAL CONDITIONS OF PRETRIAL RELEASE
*U.S. v. Jashanpreet Singh,* 2:25-cr-0174 DAD

1

**SPECIAL CONDITIONS FOR PRETRIAL RELEASE OF DEFENDANT JASHANPREET SINGH**

1. Defendant must report to and comply with the rules and regulations of U.S. Probation – Pretrial for the Eastern District of California ("Eastern District Pretrial Services");

2. Defendant must report telephonically to Eastern District Pretrial Services on the first working day following his release from custody;

3. Defendant is released to the third-party custody of Hardeep Ghotra and Parkash Ghotra who reside with Defendant;

4. Defendant must reside at his current residence and not move or absent himself from this residence for more than 24 hours without the approval of his Pretrial Services officer;

5. Defendant must restrict travel to the Eastern District of California unless otherwise approved in advance by his Pretrial Services officer;

6. Defendant must surrender his passport to the Clerk, U.S. District Court, and he must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. Defendant must not possess, have in his residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, Defendant must provide written proof of divestment of *all* firearms/ammunition currently under his control;

8. Defendant must seek and/or maintain employment and provide proof of same as requested by his Pretrial Services officer;

9. Defendant must report any contact with law enforcement to his Pretrial Services officer within 24 hours; and

10. Defendant's release on bond will be delayed until all secured bonds are posted.

**SO ORDERED.**

Dated: _____

**CHIEF UNITED STATES MAGISTRATE JUDGE CAROLYN K. DELANEY**

[PROPOSED] ORDER GRANTING MOTION FOR RELEASE ON BOND AND SETTING SPECIAL CONDITIONS OF PRETRIAL RELEASE
*U.S. v. Jashanpreet Singh,* 2:25-cr-0174 DAD

2