AO 442 (Rev. 11/11) (modified) Arrest Warrant

FID 11829040

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

USMS SACRAMENTO RCVD
JUL 1 2025 PM 4:04

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-CR-0174 DAD |
| JASHANPREET SINGH | ) | 2:25-mj-0100 CKD |
| Defendant | ) | |

**FILED**
Aug 15, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JASHANPREET SINGH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See Affidavit of FBI Special Ranjit Takhar, attached hereto and incorporated by reference

Date: July 1, 2025 at 3:34 pm

_Carolyn K. Delaney_
*Issuing officer's signature*

City and state: Sacramento, CA

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 1, 2025, and the person was arrested on *(date)* July 31, 2025
at *(city and state)* West Sacramento, CA.

Date: July 31, 2025

_signature_
*Arresting officer's signature*

Jenny Nguyen, Special Agent, HSI ~~United States Magistrate Judge~~
*Printed name and title*

