ERIC GRANT
United States Attorney
R. ALEX CARDENAS
ADRIAN T. KINSELLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JASHANPREET SINGH,<br><br>                Defendant. | CASE NO.  2:25-CR-00174-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 2, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  The parties appeared before this Court on November 10, 2025, for a Status Conference.  *See* ECF 26.  At the hearing, the parties informed the Court that a plea offer was extended and that Defendant needed time to review it.

2.  By this stipulation, the parties now move to set a status conference on February 2, 2026, and to exclude time between December 22, 2025, and February 2, 2026, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  Time was previously excluded through December 22, 2025.  *See* ECF 26.

b. Counsel for Defendant desires additional time to confer with Defendant about the proposed plea agreement, and otherwise prepare for trial.

c. Counsel for Defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government shares in this request.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 22, 2025, and February 2, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT

2

USA V. SINGH

1        4.  Nothing in this stipulation and order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time periods are

3    excludable from the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6    Dated:  December 18, 2025                     ERIC GRANT
                                                   United States Attorney
7

8                                           By:  */s/ R. ALEX CARDENAS*
                                                 R. ALEX CARDENAS
9                                                Assistant United States Attorney

10

11

12   Dated:  December 18, 2025              By:  */s/ BRIAN H. GETZ*
                                                 BRIAN H. GETZ
13                                               Counsel for Defendant
                                                 JASHANPREET SINGH
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3

4

5

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for December 22, 2025 is continued to February 2, 2026, at 9:30 a.m. and time is excluded between December 22, 2025, and February 2, 2026, under Local Code T4.

6

IT IS SO ORDERED.

7

8

Dated:   **December 18, 2025**                    _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28